Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x255
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
LaTISHA WOODARD

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## BAKERSFIELD DIVISION

| | |
|---|---|
| LaTISHA WOODARD, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| UNITED RECOVERY SYSTEMS, LP, | |
| Defendant. | |

## <u>VERIFIED COMPLAINT</u>

LaTISHA WOODARD (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against UNITED RECOVERY SYSTEMS, LP (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

- 1 -

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4.   Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5.   Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

6.   Plaintiff is a natural person residing in Bakersfield, Kern County, California.

7.   Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

8.   Defendant is a national company located in Houston, Texas, and has an office and conducts business in California.

9.   At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

**FACTUAL ALLEGATIONS**

10.   Defendant is contacting Plaintiff in an attempt to collect a debt owed by Plaintiff's ex-husband, Robert Turner ("Turner"), for Bank of America in the amount of approximately $2,000.00.

11.   Since on or about late August 2010, Defendant places collection calls to Plaintiff every day asking for Turner.

12.   Defendant asks Plaintiff to speak with Turner.

13.   Plaintiff informs Defendant that they are divorced, she does not know his location and to stop calling.

14.   Defendant informs Plaintiff that she is responsible because it is her ex-husband's debt.

PLAINTIFF'S COMPLAINT

15. Plaintiff informs Defendant that she disputes that she owes this debt and to stop calling.

16. Defendant continues to place collection calls to Plaintiff despite Plaintiff's continued requests to stop calling.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a.   Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b.   Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, LaTISHA WOODARD, respectfully requests judgment be entered against Defendant, UNITED RECOVERY SYSTEMS, LP, for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

22. Defendant violated the RFDCPA based on the following:

    a.   Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b.   Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

PLAINTIFF'S COMPLAINT

c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, LaTISHA WOODARD, respectfully requests judgment be entered against Defendant, UNITED RECOVERY SYSTEMS, LP, for the following:

23. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

25. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, LaTISHA WOODARD, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  December 1, 2010          KROHN & MOSS, LTD.


By: /s/ Mahadhi Corzano

Mahadhi Corzano
Attorney for Plaintiff

- 4 -

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, LaTISHA WOODARD, states as follows:

1.   I am the Plaintiff in this civil proceeding.
2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LaTISHA WOODARD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: __11/19/10__          _____
                                    LaTISHA WOODARD

PLAINTIFF'S COMPLAINT