Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x255
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
LaTISHA WOODARD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BAKERSFIELD DIVISION**

| | | |
|---|---|---|
| LaTISHA WOODARD, | ) | **Case No: 1:10-cv-02228-OWW-GSA** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED RECOVERY SYSTEMS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, LaTISHA WOODARD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: January 11, 2011          KROHN & MOSS, LTD.

By:  /s/ Mahadhi Corzano
Mahadhi Corzano
Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Janet DeYoung
Compliance Dept.
United Recovery Systems, LP
janet.deyoung@ursi.com

DATED: January 11, 2011       By: _____

                              Brooke Letterle
                              Paralegal