Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x255
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
LaTISHA WOODARD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## BAKERSFIELD DIVISION

| | |
|---|---|
| LaTISHA WOODARD, | ) Case No: 1:10-cv-02228-OWW-GSA |
| | ) |
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| UNITED RECOVERY SYSTEMS, LP, | ) |
| | ) |
| Defendant. | ) |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LaTISHA WOODARD, by and through her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i), hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 15, 2011        KROHN & MOSS, LTD.

                                By: /s/ Mahadhi Corzano
                                    Mahadhi Corzano
                                    Attorneys for Plaintiff
                                    LaTISHA WOODARD

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Janet DeYoung
Compliance Dept.
United Recovery Systems, LP
janet.deyoung@ursi.com

DATED:  February 15, 2011         By: *[signature]*

                                            Brooke Letterle
                                            Paralegal