**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BAKERSFIELD DIVISION**

| | |
|---|---|
| LATISHA WOODARD, | Case No: 1:10-cv-02228-OWW-GSA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| UNITED RECOVERY SYSTEMS, LP, | |
| Defendant. | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(i) the above referenced matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: **February 16, 2011**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE